No. 579. GARLAND v. UNITED STATES. C. C. A. 5th. Certiorari denied. *Henry Klepak* for petitioner. *Solicitor General Perlman, Assistant Attorney General Sonnett, Edward Dumbauld* and *James A. Murray* for the United States.

No. 587. KOSDON ET AL. v. DIVERSEY HOTEL CORP. C. C. A. 7th. Certiorari denied. *Meyer Abrams* and *William H. Rubin* for petitioners. *Edward Blackman* for respondent. *Solicitor General Perlman* and *Roger S. Foster* filed a brief for the Securities & Exchange Commission opposing the petition.

No. 589. STEELE v. SUPERIOR COURT OF CALIFORNIA, IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, ET AL. C. C. A. 9th. Certiorari denied. *Leo R. Friedman* for petitioner.

No. 595. BALTIMORE & OHIO RAILROAD CO. v. PLOUGH;
No. 596. BALTIMORE & OHIO RAILROAD CO. v. HANSON, ADMINISTRATRIX;
No. 597. BALTIMORE & OHIO RAILROAD CO. v. VAN SLYKE; and
No. 598. BALTIMORE & OHIO RAILROAD CO. v. LYNCH, ADMINISTRATRIX. C. C. A. 2d. Certiorari denied. *William C. Combs* for petitioner. *Manly Fleischmann* for respondents. Reported below: 164 F. 2d 254.

No. 599. ANTHONY P. MILLER, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *S. Leo Ruslander* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Helen Goodner* for respondent.